# Zare Khorozian Law, LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2019

MEMO ENDORSED

November 27, 2019

<u>Via ECF</u>
Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    Murphy v. Legends OWO, LLC
                Case No.: 1:19-cv-09215-PGG-BCM

Dear Judge Gardephe

      The undersigned represents the Plaintiff, James Murphy, and on behalf of all other persons similarly situated ("Plaintiff"), in the above captioned action. Plaintiff respectfully requests that the Initial Conference currently scheduled for December 19, 2019, at 10:30 a.m. be adjourned to January 18, 2020, or such other date that is acceptable to the Court. Plaintiff further respectfully requests that the parties' deadline to file a Pre-Conference statement, and all other operative deadlines, be stayed until seven calendar days before the adjourned initial conference. The purpose of this request is that Plaintiff and Defendant are working toward settling this matter and are hopeful it can be resolved prior to the adjourned initial conference. The parties met and conferred pursuant to this Court's November 15, 2019 Order on November 27, 2019, and Defendant's counsel joins in this request for the adjournment. No prior adjournment request of the Initial Conference has been made in this matter.

Respectfully submitted,

ZARE KHOROZIAN LAW LLC
*s/ Zare Khorozian*
Zare Khorozian, Esq.

---

Application GRANTED. The initial conference scheduled for December 19, 2019, is ADJOURNED to **January 15, 2020, at 10:30 a.m.**, in Courtroom 20A. The parties' joint pre-conference statement (*see* Dkt. No. 11) is due no later than **January 8, 2019**. The parties are reminded that this action has been referred to Judge Moses for pretrial management.
SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 3, 2019